

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2015

No. 04-14-00060-CR

John **DONOHUE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3514
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court